| AO 10 |
| Rev. 1/2011 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Silver, Roslyn O. | 2. Court or Organization<br><br>United States District Court - District of Arizona | 3. Date of Report<br><br>06/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 West Washington Street<br>SPC 59<br>Phoenix, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Silver, Roslyn O.

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/2010 | The Rutter Group - editing compensation | $5,000.00 |
| 2. 06/2010 | The Rutter Group - faculty compensation | $500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | Feb 25-26, 2010 | New York, NY | CLE seminar panelist | travel, lodging and food |
| 2. | Thomson Reuters | June 8, 2010 | Los Angeles, CA | CLE seminar panelist | travel, lodging and food |
| 3. | The Aspen Institute | June 11-13, 2010 | Greentree, NY | Attend justice & society seminar | travel, lodging and food |
| 4. | American Conference Institute | Sept 30, 2010 | New York, NY | CLE seminar panelist | travel, lodging and food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Allianz NACM Global FD-A (Y) | | | | | | | | | |
| 2.   Allianz NACM Global FD-B (Y) | | | | | | | | | |
| 3.   Amer Century Ultra Fund | A | Dividend | J | T | | | | | |
| 4.   Fid Adv Diver Intl Fd - I | A | Dividend | J | T | | | | | |
| 5.   Lord Abbt Affiliated A | A | Dividend | J | T | | | | | |
| 6.   Lord Abbt Affiliated B (Y) | | | | | | | | | |
| 7.   MFS Value Cl A (Y) | | | | | | | | | |
| 8.   MFS Value Cl B (Y) | | | | | | | | | |
| 9.   Transamer SM Cap Value A (Y) | | | | | | | | | |
| 10.   Dreyfus Enterprise FD Cl A (Y) | | | | | | | | | |
| 11.   Goldman Sachs GEMAX | A | Dividend | J | T | | | | | |
| 12.   Goldman Sachs GSSDX | A | Dividend | J | T | | | | | |
| 13.   Goldman Sachs GGRAX | A | Dividend | J | T | | | | | |
| 14.   Goldman Sachs GSLAX | A | Dividend | J | T | | | | | |
| 15.   Goldman Sachs GSMAX | | None | J | T | | | | | |
| 16.   Goldman Sachs GBRAX | | None | J | T | | | | | |
| 17.   Monsanto Co New Mon (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer Inc PFE (X) | A | Dividend | J | T | | | | | |
| 19. Principal FDS Inc CPHYX (X) | A | Dividend | J | T | | | | | |
| 20. Goldman Sachs GEMAX (X) | A | Dividend | J | T | | | | | |
| 21. Goldman Sachs GSSDX (X) | A | Dividend | J | T | | | | | |
| 22. Goldman Sachs GGRAX | A | Dividend | J | T | | | | | |
| 23. Goldman Sachs GSLAX | A | Dividend | J | T | | | | | |
| 24. Goldman Sachs GSMAX (X) | | None | J | T | | | | | |
| 25. Goldman Sachs GBRAX | | None | J | T | | | | | |
| 26. Rental Property, Phoenix, AZ (X) | D | Rent | L | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Reporting error 2009 FDR Section VII, Line 5 - Lord Abbt Affiliated A was not sold as previously indicated. Correct entry should have been B(1)=A; B(2)=dividend; C(1)=J; C(2)=T.

2. Reporting error 2009 FDR Section VII, Line 6 - Lord Abbt Affiliated B should have been reported as B(2)=none; D(1)=sold; D(2)=03/06/10; D(3)=J; D(4)=A.

3. Reporting error 2009 FDR Section VII, Line 8 - MFS Value FD Cl B should have been reported as B(2)=none; D(1)=sold; D(2)=03/06/10; D(3)=J; D(4)=A.

4. Reporting error 2009 FDR Section VII, Line 23 - Description of asset should have been reported as Goldman Sachs - GSSDX (not GSSRX).

5. Section VII, Line 26, 2010 FDR: Rental property valued by current sales price of comparable homes.

| Name of Person Reporting | Date of Report |
|---|---|
| Silver, Roslyn O. | 06/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roslyn O. Silver**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544